September 30, 2025

From: Kathe Vo

To:    United States District Court
       Eastern District of Texas
       ~~Gainesville~~, Texas



FILED

OCT 0 6 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,
Plaintiff

v.

MOTION FOR COMPASSIONATE RELEASE
UNDER STATUTE 3582(c)(1)(A)(i)

KATHE VO,
Defendant

Case No. 4:1900309-ALM-KP.

---

COMES NOW Kathe Vo, the Defendant AND FOR THE MOTION ABOVE-REFERENCED states and presents the following in support of her Compassionate Release Motion:

1. Defendant Vo was sentenced on March 25, 2021, to a term of 120 months for the Charge of statute number 21:846, 841(B)(1)(A) Conspiracy To Possess With Intent to Manufacture and Distribute Methamphetamine. (CT.1)

2. Defendant has an outdate of with her First Step Act Credits and Second Chance Act of October 1, 2025.

3. Defendant as can be seen by exhibit A-1 is to be released on 10-1-2025. However, her actual FSA Projected Release Date is September 17, 2027, nearly 2 years defendant will be placed in a half-way house or home confinement. Defendant is requesting this court to grant this Compassionate Release so that she can go directly to Supervised Release or in the alternative issue the rest of her incarceration be served as Supervised Release.

COMPASSIONATE RELEASE

A federal district court may modify a defendant's sentence only where Congress has expressly authorized it to do so. See 18 U.S.C. Section 3582(b)-(c); United States v. Blackwell, 81 F.3d 945, 947 (10 Cir. 1996). Congress has set forth only three limited circumstances in which a court may modify a sentence: (1) upon motion of the BOP Director of the defendant under Section 3582(c)(1)(A); (2) when "expressly permitted by statute {2025 U.S. Dist. LEXIS 6} or by Rule 35" of the Federal Rules of Criminal Procedure; and (3) when defendant has been sentenced "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. Section 3582(c). Under the First Step Act of 2018, the Court may order compassionate release for "extraordinary and compelling reasons." 18 U.S.C. Sec. 3582(c)(1)(A)(i).

The Court may grant compassionate release if defendant establishes that (1) extraordinary and compelling reasons warrant a reduced sentence, (2) a reduced sentence is consistent with applicable Sentencing Commission policy statements and (3) Section 3553(a) factors warrant a reduced sentence. 18 U.S.C. Sec. 3582(c)(1)(A); United States Maumau. 993 F.3d 821, 831 (10th Cir. 2021); United States v. McGee, 992 F. 3d 1035, 1042-43 (10th Cir. 2021). On November 1, 2023, the Sentencing Commission issued applicable policy statement for motions for compassionate release filed by defendants. U.S.S.G. Sec.

1B1.13 Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A). By policy statement, the Sentencing Commission has determined that extraordinary and compelling reasons exist if defendant establishes any one or combination of the following circumstances: (1) she has certain medical conditions; (2) she is at least 65 years old and has experienced a serious deterioration in health; (3)she has {2025 U.S. Dist. LEXIS 7} family circumstances which require her to act as a caregiver; (4) she was a victim of sexual or physical abuse by or at direction of a correctional officer or other individual who had custody of her; (5) any other circumstances or combination of circumstances that when considered by themselves or together with any of the first four categories , are similar in gravity to the circumstances described in those four categories; and (6) a change of law if defendant has served ten years of an unusually long sentence and the change would produce a gross disparity between the sentence being served and the sentence likely to be imposed today. U.S.S.G Sec. 1B1.13 (b)(1)-(6).

Here, defendant seeks release because she (1) has extraordinary and compelling reasons due to being the victim of both sexual assault and harassment by an officer with combined excellent rehabilitation and programming. Vo has already sent a request to the Warden.

To warrant relief under the policy statement, defendant must show that during custody on her current term of imprisonment, she was a victim of sexual or physical abuse that was committed by, or at the direction of, a correctional {2025 U.S. LEXIS 8} officer, an employee, or contractor of BOP, or any other individual who had custody or control over her. U.S.S.G. Sec. 1B1.14(b)(4). For purposes of this provision, the misconduct must be established by a conviction in a criminal case, a finding or admission of liability in a civil case or a finding in an administrative proceeding, unless such proceedings are unduly delayed or the defendant is in imminent dander. Id.

Ms. Vo was the victim of sexual assault twice (once at Oklahoma Transfer Center and once in Tallahassee, Florida), harassment and retaliation while an inmate housed at Tallahassee Florida. When going to recreation Ms. VO was walking with Inmate Kaylee Jackson and Officer Headley grabbed the middle of Ms. Vo's bra and shook it to the point of making her breasts bounce. Then Officer Headley grabbed her breast and stuck her hand in Ms. Vo's bra to grab out a pack of coffee. Officer Headley by policy should have taken Ms. Vo for a strip search and not sexually assaulted her by grabbing her breast. Approximately October 2, 2023, Officer Headley sexually assaulted Ms. Vo by inappropriately grabbing her once again. This was causing Ms. Vo trauma to the point she was not sleeping.

Ms. Vo was retaliated against after she advised staff of the sexual misconduct of Officer Headley. Ms. Vo was denied access to law library. The prison failed to protect Ms. Vo by continuing to allow Officer Headley to work the (SHU) where Ms.Vo was being housed. The Prison only responded by say it was short staffed. Other officers were making comments regarding Ms. Vo being of Asian nationality asking if she ate cats or dogs and making inappropriate references about COVID-19.

They made Ms. Vo use the same disposable cup for 3 weeks. Ms. Vo was harassed over her incident report for 3 weeks with comments like "Sneaky, manipulative, watch out for her, we know it's you- Ching Chong BingBong on the phone, don't give her the phone ever or anything, officer saying "haha I wrote the shot."

Ms. Vo wrote all of her concerns to the Special Investigative Agent without any response for more than a month which allowed the sexual assault and harassment to continue. Ms. Vo requested administrative remedies for a month and was not given any remedies for a writing utensil to complete the remedies. Ms. Vo requested the use of toe nail clippers the officer told her to use her teeth.

The shower was turned to 110 degrees burning her skin. All of this was reported to Executive Staff each week and yet nothing was done. Ms. Vo was clearly the victim of sexual assault, harassment and retaliation and has extraordinary and compelling reasons for her compassionate release in that there has been undue delay. Ms. Vo by policy is to know the outcome of the sexual assault within 90 days.

Ms. Vo was also sexually assaulted in 2021 while at the Oklahoma Transfer Center by officer Banks. Vo asked him if she let him see her tits and ass if he would bring her chips, chocolates and a cell phone. Not only did he see her tits and ass but he grabbed both of them. When he was finished he threw juice packets at her and he offered to bring her chocolates, chips and later a cellular phone. Ms. Vo has not received an outcome of her assault though she finally got to discuss the situation with SIA -Special Investigative Agent in 2025.

Vo has been actively programming as reflected in her the number or programming days. She has taken numerous classes including but not limited to earning her GED while in prison, Foundation, and Life skills and many healthy recreational courses toward FSA programming days. A complete list of Ms. Vo's programming is attached. Ms. Vo has also taken a correspondence course where next month she will have earned her Paralegal Certificate.

Considering Ms. Vo's initiative to seek rehabilitative treatment while incarcerated, by being currently enrolled in the Female Integrated Treatment Program along with the amount of time she has already served, her history, as well as the intense Supervised release conditions, Ms. Vo is an excellent candidate to receive a compassionate release.

Ms. Vo will reside with parents in Oklahoma City, Oklahoma and find work as a nail technician. Ms. Vo is no longer a danger to society under 3553(a) factors as can be seen by the BOP releasing her on approximately October 1, 2025.

Wherefore, defendault, Vo requests this Court appoint her legal counsel due to the sensitive nature of the sexual assault, and grant her compassionate release.

Respectfully Submitted,

Kathe Vo
Danbury, Connecticut

FSA Time Credit Assessment

Register Number:29120-078, Last Name:VO

U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
08-11-2025. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 09-16-2028
Projected Release Method: GCT REL
FSA Projected Release Date: 09-17-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 09-17-2027
SCA Recommended Placement Days (Following 5 Factor Review): 365
SCA Recommended Placement Date: 09-17-2026
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: 400
FSA Conditional Placement Date: 08-13-2026
Conditional Transition To Community Date: 08-13-2025 ✳
Maximum Statutory Home Confinement Placement Date (if appropriate): 02-12-2026
Recommended Home Confinement Placement Date (if appropriate): 02-12-2026



## Individualized Needs Plan - Initial Classification    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: VO, KATHE TRAN  29120-078

SEQUENCE: 02247368

Team Date: 08-27-2025

| Assignment | Description | Start |
|---|---|---|
| N-WORK N | NEED - WORK NO | 08-27-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-27-2025 |

### Progress since last review

Inmate Vo arrived at FSL Danbury to participate in the Female Integrated Treatment program.

### Next Program Review Goals

Complete one sentry-based ACE, wellness or FSA course by submitting a copout with the appropriate department. Complete a course by next review in February 2026.  Submit a copout to psychology, recreation, and education to enroll/complete Evidence-Based Recidivism Reduction Programs and Productive Activities that are being offered at FCI Danbury. These programs have been designed to address your individual needs and help provide you with the skills necessary to succeed upon your release. Request a job assignment.

### Long Term Goals

Have a job assignment by next review. Complete additional class by next review.

### RRC/HC Placement

Recommended Placement on date 10-01-2025. *Outdate Placement 10-1-25*
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : Limited Bed Space: Beds Filled on an ongoing basis per CCM.
- Offense : CONSPIRACY TO PWITD AND MANUFACTURE METHAMPHETAMINE.
- Prisoner : Prior convictions. No pending charges.
- Court Statement : REFER TO J&C
- Sentencing Commission : REFER TO J&C

Vo was reviewed based on the five factor criteria in accordance with the Second Chance Act 2007. Unit Team is recommending a placement date of 10-01-2025 in a Residential Reentry Center (RRC).

### Comments

** No notes entered **



## Individualized Needs Plan - Initial Classification    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: VO, KATHE TRAN  29120-078

SEQUENCE: 02247368
Team Date: 08-27-2025

| | |
|---|---|
| Facility: | DAN  DANBURY FCI |
| Name: | VO, KATHE TRAN |
| Register No.: | 29120-078 |
| Age: | 35 |
| Date of Birth: | |

| | |
|---|---|
| Proj. Rel. Date: | 09-17-2027 |
| Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| DNA Status: | ALI05412 / 12-12-2023 |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Pending Charges

| |
|---|
| Oklahoma City, OK; Docket No. 173209627-01 |
| Oklahoma City Police Department |

### Inmate Photo ID Status

| |
|---|
| Full status incomplete - Expiration: null |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | FSL A&O | FSL ADMIN & ORIENT | 08-13-2025 |

### Current Education Information



| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | ESL HAS | ENGLISH PROFICIENT | 11-15-2021 |
| DAN | GED EARNED | GED EARNED IN BOP | 02-27-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| TAL | | RPP#6 TURNING POINT-COPING | 11-06-2023 | CURRENT |
| CRW LOW | C | ACE MAIN:ON THE JOB | 07-10-2025 | 07-23-2025 |
| CRW LOW | C | ACE MAIN: NUM/OPS 2 -FRACTIONS | 06-10-2025 | 06-24-2025 |
| WAS F | C | SHU ACE MAMMAL READING | 12-23-2024 | 01-02-2025 |
| WAS F | C | SHU HOLIDAY PASSAGES/QUESTIONS | 12-23-2024 | 01-02-2025 |
| WAS F | C | SHU ACE GRAMMAR | 01-07-2025 | 01-15-2025 |
| WAS F | C | SHU ACE GEOMETRY | 01-07-2025 | 01-15-2025 |
| WAS F | C | SHU ACE GRAMMAR | 12-11-2024 | 12-18-2024 |
| WAS F | C | SHU ACE DIVISION | 12-11-2024 | 12-18-2024 |
| WAS F | C | SHU ACE PRESIDENTS | 12-02-2024 | 12-09-2024 |
| WAS F | C | SHU ACE THANKSGIVING | 11-21-2024 | 12-02-2024 |
| WAS F | C | SHU ACE GEOLOGY | 10-28-2024 | 11-07-2024 |
| WAS F | C | SHU ACE ANCIENT GREECE | 10-28-2024 | 11-07-2024 |
| WAS F | C | SHU ACE FRACTIONS | 11-07-2024 | 11-21-2024 |
| WAS F | C | SHU ACE MAIN IDEA | 11-07-2024 | 11-21-2024 |
| WAS F | C | SHU ACE EARTHER SYSTEMS | 10-14-2024 | 10-31-2024 |
| WAS F | C | SHU ACE EARLY CIVILIZAION | 10-10-2024 | 10-18-2024 |
| WAS F | C | SHU ACE UNDERSTANDING AMPHIBI | 09-16-2024 | 09-26-2024 |
| WAS F | C | SHU MEZOZOIC ERA | 09-30-2024 | 10-09-2024 |
| WAS F | C | SHU ACE NATURAL DISASTERS | 10-01-2024 | 10-09-2024 |
| WAS F | C | SHU ACE ENGLISH CIVIL WAR | 09-13-2024 | 09-26-2024 |
| WAS F | C | SHU ACE SOLAR SYSTEM | 09-13-2024 | 09-26-2024 |
| WAS F | C | SHU ACE GALAPAGOS ISLAND COMP | 08-01-2024 | 08-09-2024 |
| TAL F | C | LEAN PROGRAM | 11-09-2022 | 06-29-2023 |
| TAL F | C | MS. NICHOLS GED 0900-1030 | 10-27-2022 | 02-27-2023 |
| TAL F | C | BASIC INTRO TO WELLNESS | 11-07-2022 | 01-17-2023 |
| TAL F | W | MS. NICHOLS GED 0730-0900 | 10-06-2022 | 10-27-2022 |
| TAL F | C | AIDS AWARE RPP#1 | 10-06-2022 | 10-06-2022 |
| PEK SCP | W | COLLEGE CORRESPONDENCE | 06-09-2022 | 07-01-2022 |
| PEK SCP | W | R6-GED 12:30-14:00 M-F CAMP | 11-22-2021 | 07-01-2022 |
| PEK SCP | C | ACE-FPC MEDICAL TERMS | 04-18-2022 | 05-23-2022 |

Kathe Vo #29120078
FSL Danbury
Route 37
Danbury, CT 06811

WESTCHESTER NY  105

2 OCT 2025  PM 4  L

1775

UNITED STATES
OF AMERICA

FOREVER/USA



**RECEIVED**

OCT 0 6 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

The Honorable Amo L Mazzant III
Federal District Court Eastern
District of TX Paul Brown US court house
101 East Pecan ST
Sherman, TX 75090

75090-003199